UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:  
TM HEALTHCARE HOLDINGS, LLC, et al.,

CASE NO.: 20-20024-EPK  
(Jointly Administered)  
CHAPTER 11

_____Debtor._____/

# LIMITED OBJECTION TO FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GREGG F. STEWART AND RINNOVO MANAGEMENT LLC AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS

COMES NOW, Eric M. Huebscher, the patient care ombudsman appointed in the above-captioned chapter 11 case of Debtor TM Healthcare Holdings, LLC, et al. (the "PCO"), and files this limited objection (the "Limited Objection") to the First Interim Application for Compensation and Reimbursement of Expenses of Gregg F. Stewart and Rinnovo Management LLC as Chief Restructuring Officer for the Debtors (Dkt. No. 220 - the "Fee Application"), and states as follows:

1.  The employment of Gregg F. Stewart and Rinnovo Management LLC as Chief Restructuring Officer (the "CRO") for the Debtors as approved by the Court in a Final Order Approving Debtors' Application to Employ Chief Restructuring Officer entered on November 5, 2020 (Dkt. No. 135 – the "CRO Employment Order").

2.  Pursuant to the CRO Employment Order, the Debtors are authorized to the pay the CRO on a monthly basis. However, the CRO is required to apply for compensation and reimbursement of costs, pursuant to 11 U.S.C. §§ 330 and 331 no less than once every three months. Any payments made to the Firm for compensation and reimbursement of costs are subject to the approval of this Court pursuant to 11 U.S.C. §§ 330 and 331.

4849-8684-0796

3. The CRO filed its Fee Application on January 22, 2021, indicating that for the "Application Period" (defined in the Fee Application as the period from September 17, 2020 through December 31, 2020), the CRO is seeking fees totaling $165,562.50, and has already been paid 80% of the CRO's fees through November 30, 2020, totaling $90,330.00, as of the filing of the Fee Application. The PCO has requested that the CRO provide information regarding whether or not the CRO has been paid for the month of December, but has received no response to this inquiry. Accordingly, it is unknown whether the CRO has been paid his authorized December fees.

4. The PCO <u>does not object</u> to the amount of fees sought nor any specific line item in the Fee Application. However, the PCO does object to the granting of the Fee Application to the extent the CRO seeks reimbursement of fees and expenses prior to the payment of the PCO's authorized fees (see Dkt. No. 150) and the fees and expenses of the PCO's counsel that have been approved by this Court (see Dkt. No. 208). Specifically, the PCO's fees and expenses for the month of December of 2020 and January of 2021 have not been paid as of the date of this Limited Objection, and the approved fees of the PCO's counsel through November 30, 2020 have not been paid as of the date of this Limited Objection. The PCO has inquired of the CRO as to the timing of these payments and the CRO has been unwilling to commit to any timing with regard to the authorized payments to the PCO and his counsel. Any order approving the Fee Application should provide that the PCO's fees should not receive preferential treatment vis-a-via the professional fees of the PCO and his counsel.

Dated: February 16, 2021

        */s/ Zachary J. Bancroft*
        Zachary J. Bancroft
        Fla. Bar No. 0145068
        BAKER, DONELSON, BEARMAN,
          CALDWELL & BERKOWITZ, P.C.
        200 South Orange Avenue, Suite 2900
        Orlando, Florida 32801
        Telephone: 407.367.5426
        Facsimile: 407.841.0325
        Email: zbancroft@bakerdonelson.com
        **Counsel for Eric M. Huebscher, Patient Care Ombudsman**

## ATTORNEY CERTIFICATION

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

        */s/ Zachary J. Bancroft*
        Zachary J. Bancroft

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2021, a true and correct copy of the foregoing has been furnished via CM/ECF to all parties receiving said CM/ECF notifications.

        */s/ Zachary J. Bancroft*
        Zachary J. Bancroft

4849-8684-0796